IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES D. HARRIS, JR. and  | § | |
| JAMES D. HARRIS, SR. | § | PLAINTIFFS |
| | § | |
| V. | § | Civil No. 1:08CV302-HSO-JMR |
| | § | |
| EVERHOME MORTGAGE | § | |
| COMPANY | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant EverHome Mortgage Company. The Court, after a full review and consideration of Defendant's Motion, Plaintiffs' Response, Defendant's Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. Plaintiffs' case against Defendant is hereby dismissed with prejudice.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Clerk of Court is ordered to send a copy of this Final Judgment to Plaintiffs by certified mail.

**SO ORDERED AND ADJUDGED**, this the 25th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE